UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL KING,

Plaintiff,

v.

GENERAL ATLANTIC SERVICE COMPANY, L.P., GENERAL ATLANTIC SERVICE COMPANY SUBCO, LLC, GENERAL ATLANTIC PARTNERS, L.P., TAYLOR MCCARTHY, in her personal and professional capacities, MARY ARMSTRONG, in her personal and professional capacities, and ELEANOR BOONE, in her personal and professional capacities,

Defendants.

26-CV-3149 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the initial pretrial conference scheduled for October 30, 2026 at 3:30 p.m. is hereby adjourned to 12:30 p.m.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Ronnie Abrams
United States District Judge