Littler

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, New York 11747

Kimberly N. Dobson
Shareholder
631.247.4734 direct
631.247.4700 main
631.794.2744 fax
kdobson@littler.com

October 23, 2026

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

Re: *Carol King v. General Atlantic Service Company, L.P., et al.*
Civil Action No. 1:26-cv-03149 (RA)

Dear Judge Abrams:

This firm represents Defendants General Atlantic Service Company, L.P. ("GASC"), GASC Subco, LLC, incorrectly named as "General Atlantic Service Company Subco, LLC" ("GASC SubCo"), General Atlantic Partners, L.P. ("GA Partners"), Taylor McCarthy, Mary Armstrong, and Eleanor Boone (collectively, "Defendants") in the above-referenced action.

We write, pursuant to Rule 1(D) of Your Honor's Individual Rules and Practices in Civil Cases, with the consent of Plaintiff's counsel, to respectfully request a one-week adjournment of the initial conference currently scheduled for October 30, 2026, at 12:30 p.m., due to a scheduling conflict for Defendants' counsel. Defendants respectfully request that the conference be adjourned to November 6, 2026 at 12:30 p.m., or a date and time that is convenient for the Court.

In connection with the requested adjournment, Defendants' also respectfully request an extension of the deadline to submit their joint letter and proposed scheduling order through October 30, 2026.

This is Defendants' first request for an adjournment of the initial conference and an extension of the related submission deadline. The requested extension will not affect any other deadlines in this case.

We thank the Court for its consideration of this request.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ Kimberly N. Dobson

Kimberly N. Dobson
Taylor M. Brodsky

cc: All counsel of record (via ECF)

Application granted. The conference previously scheduled for October 30, 2026 is adjourned to November 6, 2026 at 11:30 a.m. The deadline to submit the joint letter and proposed scheduling order is extended to October 30, 2026.

SO ORDERED.

Hon. Ronnie Abrams
October 26, 2026